**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

VORTEX INTERNATIONAL, LLC,

Plaintiff,

v.

CERTIFIED TECHNOLOGIES CORPORATION,

Defendant.

Civil No. 00-570 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Gerald Helget, Esq., Stanley Siegel, Esq., and Peter Gray, Esq., Rider Bennett Egan & Arundel, 2000 Metro Center, 333 South 7th Street, Minneapolis, MN 55402, counsel for Plaintiff.

Orrin Haugen, Esq., and Eric Haugen, Esq., Haugen Law Office, 121 8th Street South, Suite 1130, Minneapolis, MN 55402, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: April 4, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed APR 04 2002
Richard D. Sletten, Clerk
Judgment Entered ____
Deputy Clerk's Initials ____